THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 South Carolina Department of Social Services, Respondent,
 v.
 David T., Carrie T., and Robert T.,[1] Defendants,
 Of whom David T. is the Appellant.
 
 
 

Appeal From Greenville County
  R. Kinard Johnson, Jr., Family Court
 Judge

Unpublished Opinion No. 2007-UP-301
 Submitted June 1, 2007  Filed June 8,
 2007

AFFIRMED 

 
 
 
 Amos A. Workman, of Greenville, for
 Appellant.
 Scarlet Moore, of Greenville, for
 Respondent.
 
 
 

PER CURIAM: This appeal arises from the termination of the parental
 rights of David T.  The family court found his parental rights should be
 terminated on three grounds: 1) failure to remedy the conditions which led to
 removal; 2) David T. has a diagnosable condition which makes it unlikely he can
 provide minimally acceptable care of the child; and 3) the child has been in
 DSS custody for fifteen of twenty-two months.  Additionally, the family court
 found termination was in the best interest of the child.  See S.C. Code
 Ann. § 20-7-1572 (Supp. 2006).
After
 a thorough review of the record pursuant to Ex Parte Cauthen, 291 S.C.
 465, 354 S.E.2d 381 (1987), we affirm[2] the family courts ruling and grant counsels petition to be relieved.
AFFIRMED.
HEARN,
 C.J., KITTREDGE, J., and CURETON, A.J., concur.
 

[1] The names of the minor children and the
 respective defendants have been changed to protect the minors identities.
[2] We decide this case without oral argument pursuant to
 Rule 215, SCACR.